IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. JFM-03-353 |
| SCT CORPORATION, | * | |
| (d/b/a JEPPI NUT COMPANY), et al. | * | |
| Defendants | * | |

* * * * * * * * *

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March, 2003, a copy of Defendants' Unopposed Motion for Enlargement of Time and Proposed Order, which was electronically filed in this case on March 3, 2003, was served by first class mail, postage paid to Ariana Wright Arnold, Assistant U.S. Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201; and Sondra L. Mills, Trial Attorney, Office of Consumer Litigation, U.S. Department of Justice, P. O. Box 386, 1331 Pennsylvania Ave., N.W., Room 950 North, Washington, DC 20044, Attorneys for Plaintiff.

/s/
_____
Sara A. Waranch # 26082
Thomas & Libowitz, P. A.
100 Light Street, Suite 1100
Baltimore, MD 21202
(410) 752-2468
(410) 752-0979 (Fax)