

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

United States of America

        Plaintiff(s)

Case No.: JFM-03-353

SCT Corp., d/b/a Jeppi Nut Co.,
Theodore Pavlos and Marina Lillie

        Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

__Francis R. Laws__, am a member in good standing of the bar of this Court. My bar number is __02596__. I am moving the admission of

__Meredith Manning__ to appear *pro hac vice* in this case as counsel for __Defendant, SCT Corporation, d/b/a Jeppi Nut Company__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| U.S. District Court for the District of Columbia | Aug., 1997 |
| U.S. Court of Appeals for the District of Columbia | Sept., 1997 |
| U.S. Court of Appeals for the Fourth Circuit | 1995 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___Steven J. Ronth___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Francis R. Laws
Printed Name

Thomas & Libowitz, P.A.
Firm

100 Light Street, Suite 1100
Baltimore, MD 21202
Address

(410) 752-2468
Telephone Number

(410) 752-0979
Fax Number

PROPOSED ADMITTEE

_____ X
Signature

Meredith Manning
Printed Name

Hogan & Hartson, LLP
Firm

555 Thirteenth Street, N.W.
Washington, DC 20004
Address

(202) 637-6585
Telephone Number

(202) 637-5910
Fax Number

****************************************************************

### ORDER

☑ GRANTED          ☐ DENIED

___March 5, 2003___
Date

___Felicia C. Cannon___
~~United States District Judge~~ Clerk, USDC
by: _____

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

Page 2 of 2

Respectfully submitted,

*Francis R Laws/sav*

Francis R. Laws # 02596
Thomas & Libowitz, PA
100 Light Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-2468

Attorneys for Defendants,
Theodore Pavlos and Marina Lillie

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2003, a copy of Defendants Theodore Pavlos and Marina Lillie's Motion for Admission Pro Hac Vice was served by first class mail, postage paid to Ariana Wright Arnold, Assistant U.S. Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201; Sondra L. Mills, Trial Attorney, Office of Consumer Litigation, U.S. Department of Justice, P. O. Box 386, 1331 Pennsylvania Ave., N.W., Room 950 North, Washington, DC 20044, Attorneys for Plaintiff.

*Francis R Laws/sav*

Francis R. Laws

```
          RECEIPT FOR PAYMENT
       UNITED STATES DISTRICT COURT
                 for the

            DISTRICT OF MARYLAND
              BALTIMORE MARYLAND, MD
                              1192587
-------------------------------------
RECEIVED FROM:
THOMAS & LIBOWITZ P.A.
-------------------------------------
Case Number:

JFM-03-353
-------------------------------------
F/U/B/O:

Party ID:
Tender Type:         CHECK

                              $50.00
03-6855XX

Pro Hac Vice   $.00

Remarks: Motion for Pro Hac Vice
         for Meredith Manning,
         Check No. 5604
-------------------------------------
   Subtotal:                 $50.00
-------------------------------------

Receipt Total:               $50.00
=====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

     Date:    2/28/03
     Clerk:   KO
```