IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. JFM-03-353 |
| SCT CORPORATION, | * | |
| (d/b/a JEPPI NUT COMPANY), et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendants SCT Corporation, d/b/a Jeppi Nut Company, Theodore Pavlos and Marina Lillie's Unopposed Motion for Enlargement of Time, it is this _____ day of _____ 2003, **HEREBY ORDERED** that Defendants' time to respond to the Motion is **GRANTED** and **FURTHER ORDERED** that Defendants' time to respond to the Complaint is enlarged up to and including March 28, 2003.

_____
J. Frederick Motz
United States District Court Judge