IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. JFM-03-353 |
| SCT CORPORATION, (d/b/a JEPPI NUT COMPANY), et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME**

COME NOW DEFENDANTS, SCT Corporation, d/b/a Jeppi Nut Company, Theodore Pavlos, and Marina Lillie, by and through counsel, pursuant to Local Rule 105.9, and move this Honorable Court to enlarge the time for filing a response to the Complaint in the above-captioned matter up to and including April 11, 2003. As grounds for this motion, Defendants state as follows.

1. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants' response to the Complaint was due March 4, 2003.

2. Through the Complaint, the FDA seeks an injunction requiring certain acts by and assurances from the Defendants.

3. Defendants seek an enlargement of time to respond to the Complaint to allow them the opportunity to continue to meet and confer with the Government to try to arrive at a mutually agreeable proposed order. A first such meeting occurred on March 14, 2003, with an agreement to reschedule to continue discussions.

4.	Having conferred with the Government's representatives, the parties mutually agreed that, given respective schedules, an extension to and including April 11, 2003, would allow that process to continue.

5.	Accordingly, Defendants request that the Court allow Defendants up to and including April 11, 2003, to answer or otherwise respond to the Complaint. The Government has authorized Defendants to state that it does not oppose this request.

WHEREFORE, Defendants move that the Court grant them up to and including April 11, 2003, to answer or otherwise respond to the Complaint.

Respectfully submitted,

_____/s/_____
Francis R. Laws # 02596
Sara A. Waranch # 26082
Thomas & Libowitz, P. A.
100 Light Street, Suite 1100
Baltimore, MD 21202
(410) 752-2468
(410) 752-0979 (Fax)

Counsel for Defendants
Theodore Pavlos
Marina Lillie