IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. JFM-03-353 |
| **SCT CORPORATION,** (d/b/a JEPPI NUT COMPANY), et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Defendants SCT Corporation, d/b/a Jeppi Nut Company, Theodore Pavlos and Marina Lillie's Unopposed Motion for Enlargement of Time, it is this _____day of _____2003, **HEREBY ORDERED** that Defendants' Motion is **GRANTED** and **FURTHER ORDERED** that Defendants' time to respond to the Complaint is enlarged up to and including April 11, 2003.

_____
J. Frederick Motz
United States District Court Judge