IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **Plaintiff** * | |
| v. * | CIVIL ACTION NO. JFM-03-353 |
| **SCT CORPORATION,** * | |
| (d/b/a JEPPI NUT COMPANY), et al. | |
| * | |
| **Defendants** | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of Defendants SCT Corporation, d/b/a Jeppi Nut Company, Theodore Pavlos and Marina Lillie's Unopposed Motion for Enlargement of Time, it is this _____day of _____2003, **HEREBY ORDERED** that Defendants' Motion is **GRANTED** and **FURTHER ORDERED** that Defendants' time to respond to the Complaint is enlarged up to and including April 18, 2003.

_____
J. Frederick Motz
United States District Court Judge