UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>SCT CORPORATION, )<br>   d/b/a JEPPI NUT COMPANY, )<br>   a corporation, and )<br>THEODORE PAVLOS and )<br>MARINA LILLIE, individuals, )<br>)<br>   Defendants. )<br>   ) | Civil No. 03-353 (JFM) |

UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
FOR DEFENDANTS' ANSWER

      Defendants SCT Corporation, Theodore Pavlos and Marina Lillie hereby submit an unopposed Motion for an Enlargement of Time in which to file their Answer to the Complaint. The parties have been engaged in extensive settlement negotiations and appear to have reached an agreement in principle. The parties must resolve a few remaining, minor issues and anticipate that they can do so within one week. Thus, defendants request one additional week in which to answer the Complaint and seek to enlarge the time for their answer to and including April 25, 2003.

      The government consents.

Respectfully submitted,

_____/s/_____
FRANCIS R. LAWS
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, MD  21202
410-752-2468


_____/s/_____
MEREDITH MANNING
Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, DC  20004
202-637-6585

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br>SCT CORPORATION, )<br>   d/b/a JEPPI NUT COMPANY, )<br>   a corporation, and )<br>THEODORE PAVLOS and )<br>MARINA LILLIE, individuals, )<br>  )<br>   Defendants. )<br>  ) | Civil No. 03-353 (JFM) |

ORDER

Upon consideration of defendants, SCT Corporation, Theodore Pavlos, and Marina Lillie, Unopposed Motion for an Enlargement of Time for Defendants Answer, it is this _____ day of April, 2003 GRANTED and ORDERED that Defendants shall have up to and including April 25, 2003 in which to answer the Complaint.

_____
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE